# Exhibit 1

# SUBPOENA DUCES TECUM (CIVIL) – ATTORNEY ISSUED
VA. CODE §§ 8.01-413, 16.1-89, 16.1-265;
Commonwealth of Virginia  Supreme Court Rules 1:4, 4:9

Case No.: JA2024-118; CL2024-138

July 24, 2024
HEARING DATE AND TIME

Fairfax County Circuit ................................................. Court
4110 Chain Bridge Road, Fairfax, Virginia 22030
COURT ADDRESS

Monidipa Banerjee  **v./In re:**  Jean-Marc Brisson

## TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:

You are commanded to summon

LaMarsha M. DeMarr, Human Resources Director, U.S. Dept. of Commerce, Enterprise Services
NAME

1401 Constitution Avenue NW
STREET ADDRESS

Washington | DC | 20230
CITY | STATE | ZIP

**TO the person summoned:** You are commanded to make available the documents and tangible things designated and described below:

For the Plaintiff Monidipa Banerjee, with identifying information contained in the private addendum attached hereto, please provide the following:
- Copies of Ms. Banerjee's employment contract
- Copies of all pay stubs and tax documents (Form W2, 1099, and similar) from the date she commenced employment with NOAA to the present.

at Solan Alzamora, 10300 Eaton Pl. Suite 170, Fairfax, VA 22030  at  July 12, 2024
LOCATION | DATE AND TIME

to permit such party or someone acting in his or her behalf to inspect and copy, test or sample such tangible things in your possession, custody or control.

This Subpoena Duces Tecum is issued by the attorney for and on behalf of

Jean-Marc Brisson
PARTY NAME

Jacob Alzamora, Esq. | 74626
NAME OF ATTORNEY | VIRGINIA STATE BAR NUMBER

Solan Alzamora, PLLC | (703) 359-0088
OFFICE ADDRESS | TELEPHONE NUMBER OF ATTORNEY

10300 Eaton Place, Suite 170, Fairfax, Virginia 22030 | (703) 359-1428
OFFICE ADDRESS | FACSIMILE NUMBER OF ATTORNEY

June 24, 2024
DATE ISSUED

SIGNATURE OF ATTORNEY

**Notice to Recipient:** See page two for further information.

**RETURN OF SERVICE** (see page two of this form)

FORM DC-498 (MASTER, PAGE ONE OF TWO) 7/01

**TO the person summoned:**
  If you are served with this subpoena less than 14 days prior to the date that compliance with this subpoena is required, you may object by notifying the party who issued the subpoena of your objection in writing and describing the basis of your objection in that writing.

☒ **This SUBPOENA DUCES TECUM is being served by a private process server who must provide proof of service in accordance with Va. Code § 8.01-325.**

**TO the person authorized to serve this process:** Upon execution, the return of this process shall be made to the clerk of court.

| | |
|---|---|
| NAME: | International SOS |
| ADDRESS: | 1200 Smith St., #1050, Houston, TX 77002 |

☐ PERSONAL SERVICE   Tel. No. _____

Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above:

☐ Posted on front door or such other door as appear to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ NOT FOUND _____, Sheriff

_____ by _____, Deputy Sheriff
DATE

## CERTIFICATE OF COUNSEL

I, Jacob Alzamora, Esq., counsel for Jean-Marc Brisson, hereby certify that a copy of the foregoing subpoena duces tecum was mailed and e-mailed
DELIVERY METHOD

to Monidipa Banerjee, counsel of record for pro se,

on the 24th day of June 2024.

SIGNATURE OF ATTORNEY

**NOTICE:** Upon receipt of the subpoenaed documents, the requesting party must, if requested, provide true and full copies of those documents to any other party or to the attorney for any other party, provided the other party or attorney for the other party pays the reasonable cost of copying or reproducing those documents. This does not apply when the subpoenaed documents are returnable to and maintained by the clerk of the court in which the action is pending. Va. Code § 8.01-417

FORM DC-498 (MASTER, PAGE TWO OF TWO) 07/04

# PRIVATE ADDENDUM PURSUANT TO CODE § 20-121.03

**ADDENDUM FOR PROTECTED IDENTIFYING INFORMATION— CONFIDENTIAL**

Case No. JA2024-118; JA2024-138

Commonwealth of Virginia

In the Circuit Court of the [ ] City [x] County of ................ Fairfax ................

................ Monidipa Banerjee ................ v. ................ Jean-Marc Brisson ................

This addendum is filed with and incorporated by reference in the document(s) indicated below, from which the protected identifying information contained herein has been removed by the attorney or party whose signature appears below. This addendum shall be used to distribute such information only as required by law, and may be made available only to the parties, to their attorneys, and to other person(s) as the court may allow.

[ ] Complaint [ ] Petition [ ] Motion [ ] Order [ ] Decree [ ] Other Pleading: ................

[ ] Agreement(s) of the Parties [ ] Transcripts [x] Other: ................ Subpoena Duces Tecum ................

| Monidipa Banerjee | |
|---|---|
| PARTY NAME (LAST, FIRST, MIDDLE) | PARTY NAME (LAST, FIRST, MIDDLE) |
| 2125 Hutchison Grove Ct. | |
| Falls Church, VA 22043 | |
| ADDRESS | ADDRESS |
| 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 | December 11, 1972 |
| SOCIAL SECURITY NUMBER | DATE OF BIRTH |

| NAME OF ASSET, LIABILITY, ACCOUNT, CREDIT CARD | IDENTIFYING ACCOUNT NO. | NAME OF ASSET, LIABILITY, ACCOUNT, CREDIT CARD | IDENTIFYING ACCOUNT NO. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CHILD NAME (LAST, FIRST, MIDDLE) — SOCIAL SECURITY NUMBER — DATE OF BIRTH

CHILD NAME (LAST, FIRST, MIDDLE) — SOCIAL SECURITY NUMBER — DATE OF BIRTH

Attach additional sheet(s) for other information, as needed.

June 24, 2024 — DATE — /s/ — [ ] PARTY [x] ATTORNEY

Jacob Alzamora, Esq. — 10300 Eaton Place, Suite #170, Fairfax, VA 22030 — 703-359-0088
PRINT NAME — ADDRESS/TELEPHONE NUMBER OF SUBSCRIBER

FORM CC-1426 MASTER 5/08
VA. CODE § 20-121.03

# AFFIDAVIT OF CUSTODIAN OF RECORDS CERTIFYING RECORDS PURSUANT TO VIRGINIA RULE OF EVIDENCE 2:803(6)

STATE/COMMONWEALTH OF _____ )
CITY/COUNTY OF _____ )

    I, _____ (Name), _____ (Title) at U.S. Department of Commerce, Enterprise Services, having first been duly sworn according to law, make oath upon my personal knowledge as follows:

1. I hereby declare, under penalty of perjury, that the following statements are true and correct to the best of my knowledge.

2. I am the duly authorized custodian of the records of U.S. Department of Commerce, Enterprise Services, and in such capacity, I have authority to execute this affidavit and certify the attached records.

3. The attached records are true and accurate copies of original records maintained by U.S. Department of Commerce, Enterprise Services, regarding Monidipa Banerjee, and were prepared in the in the course of regular business practice and custom.

4. The attached records were prepared by the personnel of U.S. Department of Commerce, Enterprise Services, in the ordinary course of business at or near the time of the act or event, reported thereon, and by an authorized person or persons with knowledge of and a business duty to record those matters.

_____                   _____
**DATE**                                           **CUSTODIAN OF RECORDS**